# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |
|---|---|
| **ANTHONY HEAVNER,** | |
| Plaintiff, | |
| v. | Civil Action No. 7:13-CV-145 (HL) |
| **SOUTHWEST GEORGIA OIL COMPANY, INC. d/b/a PIGGLY WIGGLY,** | |
| Defendant. | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Discovery (Doc. 12). The motion is granted. The parties will not be required to hold a Rule 26(f) conference until after the Court rules on Defendant's Motion for Partial Dismissal, and the Court will issue modified discovery deadlines at that time.

**SO ORDERED**, this the 15th day of January, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr