# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ANTHONY HEAVNER,**

    Plaintiff,

v.

**SOUTHWEST GEORGIA OIL COMPANY, INC. d/b/a PIGGLY WIGGLY,**

    Defendant.

Civil Action No. 7:13-CV-145 (HL)

## ORDER

Before the Court is the parties' Joint Motion to Stay Discovery (Doc. 12). The motion is granted. The parties will not be required to hold a Rule 26(f) conference until after the Court rules on Defendant's Motion for Partial Dismissal, and the Court will issue modified discovery deadlines at that time.

**SO ORDERED**, this the 15th day of January, 2014.

           *s/ Hugh Lawson*
           **HUGH LAWSON, SENIOR JUDGE**

scr