# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ANTHONY HEAVNER,**

    Plaintiff,

v.

**SOUTHWEST GEORGIA OIL COMPANY, INC. d/b/a PIGGLY WIGGLY,**

    Defendant.

Civil Action No. 7:13-CV-145 (HL)

## ORDER

Before the Court is the Defendant's Motion to Stay Discovery (Doc. 29). The motion is granted. The parties will not be required to hold a Rule 26(f) conference or otherwise begin conducting discovery until after the Court rules on Defendant's Motion for Partial Dismissal (Doc. 27), and the Court will issue modified discovery deadlines at that time.

**SO ORDERED**, this the 22nd day of April, 2014.

                *s/ Hugh Lawson*_____
                **HUGH LAWSON, SENIOR JUDGE**

scr