# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **ANTHONY HEAVNER,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**SOUTHWEST GEORGIA OIL COMPANY, INC. d/b/a PIGGLY WIGGLY,**<br><br>　　　Defendant. | Civil Action No. 7:13-CV-145 (HL) |

## ORDER

Before the Court is the parties' Amended Motion for Court Review and Approval of the Parties' Settlement Agreement and Dismissal of Case with Prejudice (Doc. 49). The parties ask the Court to approve the settlement of Plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. The Court is required to undertake a fairness review of the proposed settlement. *See* § 216(b); Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court held a hearing on the proposed settlement on September 17, 2014. Now, having reviewed the settlement agreement and having discussed it at the hearing with the parties, the Court approves it as a fair settlement of the reasonable dispute concerning Plaintiff's FLSA claims. The motion is granted, and this case is dismissed with prejudice.

The Court will briefly touch on three other motions. Because the amended motion to approve the settlement has been granted, the earlier Joint Motion for Court Review and Approval of the Parties' Settlement Agreement (Doc. 46) is denied as moot. The Court also confirms that Plaintiff's Counsel's Motion (Doc. 39) and Amended Motion to Withdraw (Doc. 41), which were also discussed at the hearing on September 17, have been granted.

**SO ORDERED**, this the 25th day of September, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr